| | |
|---|---|
| 1 | **BIRNBERG & ASSOCIATES** |
| | CORY A. BIRNBERG (SBN 105468) |
| 2 | JOSEPH SALAMA (SBN 212225) |
| | 703 Market Street Suite 600 |
| 3 | San Francisco, California 94103 |
| | Telephone Number: (415) 398-1040 |
| 4 | Facsimile Number: (415) 398-2001 |
| 5 | Attorneys for Plaintiff |
| | CHARLES ANDREWS |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES ANDREWS, | ) | Case No. 06-07728-JL |
| | ) | |
| Plaintiff, | ) | **APPLICATION TO CONTINUE** |
| | ) | **CASE MANAGEMENT** |
| v. | ) | **CONFERENCE AND [XXXXXX] [proposed]** |
| | ) | **ORDER THEREON** |
| MAERSK LINE, LTD., | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff CHARLES ANDREWS ["Plaintiff"] hereby applies to this Court for a forty-five day continuance of the case conference presently on March 28, 2007 at 10:30 a.m. in Courtroom F.

### BACKGROUND

This case was filed on December 18, 2006. Counsel for Plaintiff, Cory A. Birnberg, tendered the complaint to Defendant Maersk Line, Ltd. ["Defendant"] on or about December 26, 2006. Defendant assigned the case to Keesal Young and Logan. Mr. Birnberg has been discussing settlement with John Giffin, a partner at Keesal Young and Logan, and has been waiting for an answer from Defendant.

///

///

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

APPLICATION TO CONTINUE CMC AND ORDER -1- Case No. 06-07728-JL

**APPLICATION**

By agreement of the parties, Defendant needs additional time to file its answer. Plaintiff respectfully requests that the case conference, and the corresponding deadlines, be continued forty-five days to permit Defendant additional time to answer and the parties an opportunity to meet and confer and file their joint statement as required by the Court.

Respectfully submitted,

Dated: March 21, 2007    BIRNBERG & ASSOCIATES

By: _Cory A. Birnberg_
Cory A. Birnberg
Attorneys for Plaintiff
CHARLES ANDREWS

**ORDER**

Good cause appearing, it is hereby ordered that the case conference presently on calendar for March 28, 2007 at 10:30 a.m. is continued to _May 16, 2007 @ 10:30 a.m._, in Department F of this Court. All related deadlines as set forth in the Court's original order setting initial case management conference and ADR deadlines, pursuant to Federal Rule of Civil Procedure 26 and the civil local rules of court, are continued accordingly.

Dated: March 22, 2007

IT IS SO ORDERED
_Judge James Larson_

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001